```
                              FILED
                         JUDGMENT ENTERED

                            July 31, 2006
                                Date
                        by _____G. Lucas_____
                              Deputy Clerk
                          U.S. District Court
                      Eastern District of California
                      __XX___  FILE CLOSED
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

CATHY PACILLI,

       Plaintiff,

                              **JUDGMENT IN A CIVIL ACTION**

vs.

                              CV-F-05-1095 OWW/SMS

UNITED STATES DEPARTMENT OF
VETERANS AFFAIRS,

       Defendant.
_____/

       DECISION BY COURT:  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

       IT IS HEREBY ORDERED AND ADJUDGED that this action is dismissed for lack of subject matter jurisdiction.

DATED: July 31, 2006

                                                JACK L. WAGNER, Clerk

                                                /S/ Greg Lucas
                                By:
                                      Deputy Clerk